UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORREST LEE JONES, | 1: 06 CV 01605 OWW WMW HC |
| Petitioner, | ORDER DENYING MOTIONS TO EXPEDITE |
| v. | [Doc. 17 and 18] |
| JEANNE S. WOODFORD, | |
| Respondent. | |

    Petitioner is a prisoner proceeding with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. Section 2254.  On January 14, 2008, and February 13, 2008, Petitioner filed motions requesting an expedited ruling on the motion to dismiss pending in this case.

    The court understands Petitioner's need and desire to have his case heard quickly as he believes that relief is warranted.  However, the court has pending before it at any given time hundreds of habeas cases wherein each prisoner alleges that relief is warranted.  Case management at the court proceeds by the order cases are received.  Due to the high volume of such cases and the court's diligent handling of each case, a court decision often takes time.  Petitioner can rest assured

1  that the court acts to resolve all pending cases in the most efficient manner possible.  Accordingly,
2  the motions pending in Petitioner's case will be heard in due course.
3        Based on the above, Petitioner's motions to expedite are  HEREBY DENIED.
4
5  IT IS SO ORDERED.
6  **Dated:   February 19, 2008**           /s/  **William M. Wunderlich**
                                          UNITED STATES MAGISTRATE JUDGE