1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

FORREST LEE JONES,                          1: 06 CV 01605 OWW WMW HC

             Petitioner,           ORDER DENYING MOTION FOR ENTRY OF
                              DEFAULT

   v.                                    [Doc. 22]

JEANNE S. WOODFORD,

             Respondent.
_____/

       Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28

U.S.C. Section 2254.   On May 29, 2008, Petitioner filed a motion for entry of default in this case.

However, Respondent filed an answer in this case on May 23, 2008, to which Petitioner

subsequently filed a traverse.  The court therefore finds the motion for entry of default to be

meritless.  Accordingly, Petitioner's motion is HEREBY DENIED.

  IT IS SO ORDERED.

**Dated:   October 20, 2008**            _____/s/  **William M. Wunderlich**_____
                                   UNITED STATES MAGISTRATE JUDGE